Raymond J. BRITTON, Jr., Appellant,

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

Jan. 20, 2000.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of January, 2000, the Order of the Commonwealth Court is affirmed.